FILED'07 DEC 13 13:55USDC-ORP

RECV'D'07 DEC 13 12:42USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>    v.<br><br>OCTABIAN JAMAR RILEY,<br><br>                      Defendant. | CR No. 04-130-01-MO<br><br>ORDER REDUCING SENTENCE |

This matter having come before the Court upon the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c), and the Court having found that the retroactive amendment to the crack cocaine guideline reduces the base offense level from 25 to 23, and the parties having agreed upon the disposition of this case,

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to time served as of December 12, 2007;

**ORDER REDUCING SENTENCE**

IT IS FURTHER ORDERED THAT all other terms and provisions of the original judgment remain in effect.

DATED this 13th day of December, 2007.

_____
Honorable Michael W. Mosman
United States District Judge (in his absence)

PRESENTED BY:

_____
Steven T. Wax
Attorney for Defendant

**ORDER REDUCING SENTENCE**